UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G CLOSED CIRCUIT EVENTS, LLC,

               Plaintiff,

      v.                                     **ORDER**

HAROLD A. RICHARDSON, *individually and d/b/a Tequilaz Restaurant Lounge*, and MD CAFÉ LOUNGE CORP., *an unknown business entity d/b/a Tequilaz Restaurant Lounge*,       20 Civ. 3489 (ER)

               Defendants.

RAMOS, D.J.

      On May 5, 2020, G & G Closed Circuit Events, LLC brought this action against Harold A. Richardson, individually and d/b/a Tequilaz Restaurant Lounge, and MD Café Lounge Corp., an unknown business entity d/b/a Tequilaz Restaurant Lounge.  Doc. 1.  MD Café Lounge Corp. was served on June 2, 2020, Doc. 8, and Richardson was served on July 29, 2020, Doc. 9.  Neither Defendant has appeared.  On August 27, 2020, the Clerk issued certificates of default as to Defendants.  Docs. 13–14.  On September 25, 2020, Plaintiff moved for default judgment and attached a proposed default judgment.  Docs. 16–19.  On September 30, 2020, the Court issued an order directing Defendants to show cause why default judgment should not be entered against them under Federal Rules of Civil Procedure 55(b).  Doc. 21.  Defendants were served with the Court's September 30 Order on October 2, 2020.  Doc. 22.  On October 22, 2020, the Court held an order to show cause hearing at which Plaintiff was present and Defendants failed to appear.  Upon review of Plaintiff's proposed default judgment order, the Court requires the proposed liquidated amount, interest, and total proposed award amount.

Accordingly, the Court directs Plaintiff to provide the Court with the proposed liquidated amount, interest, and total proposed award amount.

It is SO ORDERED.

Dated: October 23, 2020
      New York, New York

_____
Edgardo Ramos, U.S.D.J.