UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
G & G Closed Circuit Events, LLC ,                    DEFAULT JUDGMENT

                        Plaintiff,
   - against -                                        Case No.: 1:20-cv-03489-ER

Harold A. Richardson, individually and d/b/a
Tequilaz Restaurant Lounge; and MD Café
Lounge Corp., an unknown business entity
d/b/a Tequilaz Restaurant Lounge
                       Defendant(s).
-----------------------------------------------------------------X

      This action having been commenced on May 5, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Harold A. Richardson, individually and d/b/a Tequilaz Restaurant Lounge service was accepted by Harold Richardson, personally and proof of service was therefore filed on August 18, 2020 [Doc. #9] ; and upon MD Café Lounge Corp., an unknown business entity d/b/a Tequilaz Restaurant Lounge by serving Sue Zouky, Business Document Specialist - NYS Dept. of State. and proof of service was therefore filed on June 17, 2020 [Doc. #8] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $6,600.00 in statutory damages and $19,800.00 in enhanced statutory damages  plus costs and disbursements of this action in the amount of $1,439.64 amounting in all to $27,839.64.

Dated: November 4, 2020
New York, New York

                                                                  Hon. Edgardo Ramos, U.S.D.J.